**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR -9 P 3: 41

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**HARLEY T. LOGSDON, JR.,**

 **Plaintiff,**

v.             Case No. 3:05-cv-243-J-20HTS

**DURON, INC., d/b/a
DURON PAINTS &
WALLCOVERINGS,**

 **Defendant.**

_____/

## ORDER

The Court has been telephonically notified that the Parties have reached a settlement on all claims. Therefore, the case is **DISMISSED without prejudice** for <u>thirty (30) days</u>, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot, and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _____ day of March, 2006.

                 _____
                 HARVEY E. SCHLESINGER
                 United States District Judge

**Copies to:**
Archibald J. Thomas, III, Esq.
Philip Daniel Williams, Esq.
Luisette Gierbolini, Esq.
Peter W. Zinober, Esq.
Garry Randolph, CRD