FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 APR 12  A 8: 31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

HARLEY T. LOGSDON, JR.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:05-cv-243-J-20HTS

DURON, INC., d/b/a DURON
PAINTS & WALLCOVERINGS,

    Defendant.
_____/

## ORDER

Before the Court is the Parties' Stipulation for Voluntary Dismissal With Prejudice (Doc. No. 22, filed April 10, 2006). In accordance with the Stipulation, this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and to close the file.

    **DONE AND ENTERED** at Jacksonville, Florida, this _12_ day of April, 2006.

                                            HARVEY E. SCHLESINGER
                                            United States District Judge

**Copies to:**
Archibald J. Thomas, III, Esq.
Peter W. Zinober, Esq.
Garry Randolph, CRD

1